**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1616**

———————

DAVID A. CAMPBELL,

                                        Plaintiff - Appellant,

        versus

JOHN E. POTTER, Postmaster General,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.   James A. Beaty, Jr.,
District Judge.  (1:04-cv-00989-JAB)

———————

Submitted: September 28, 2006          Decided: October 4, 2006

———————

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David A. Campbell, Appellant Pro Se.  Anna Mills Wagoner, United
States Attorney; Joan Brodish Binkley, OFFICE OF THE UNITED STATES
ATTORNEY, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David A. Campbell appeals the district court's order granting Defendant judgment in this employment discrimination and retaliation action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Campbell v. Potter, No. 1:04-cv-00989-JAB (M.D.N.C. Mar. 28, 2006; Apr. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED